IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:98cr40-SPM
     1:99cr38-SPM

WILLIE JONES,

    Defendant.

_____/

## ORDER ON REQUEST FOR PROOF OF CLAIM

THIS MATTER comes before the Court upon a document (doc. 95) filed by Defendant Willie Jones. In the document, Jones requests a "Proof of Claim." The request makes no sense in the context of Jones' criminal cases, pursuant to which Jones has been convicted and sentenced. If Jones is seeking relief from his conviction or sentence, he may file an appropriate motion or petition subject to any limitations provided by law. No court action will be taken, however, on Jones' request for proof of claim.

SO ORDERED this 21st day of November, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge